# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## FULL RECORD

Case Caption: Albert C. Burgess v. Ebay, Inc., et al

District Court Number: 11-cv-10334

Fee:   Paid? Yes ___ No _X_   Government filer ___   *In Forma Pauperis* Yes ___ No _X_

| | | |
|---|---|---|
| Motions Pending   Yes ___ No _X_ | Sealed documents   Yes ___ No _X_ | |
| *If yes, document #* | *If yes, document #* | |
| *Ex parte* documents   Yes ___ No _X_ | Transcripts   Yes ___ No _X_ | |
| *If yes, document #* | *If yes, document #* | |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from:   Order on Motion to Set Aside Judgment

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents:

1-10

with the docket sheet, are the original or electronically filed pleadings and constitute the full record on appeal in the above entitled case for the Notice of Appeal, document # 10, filed on 12/27/2011.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/19/2012.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

Receipt of the documents in the above entitled case is hereby acknowledged on 1/19/12 by /s/ Barclay
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**